**Order filed, July 11, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00324-CR
_____

**KENNETH RAY JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1249914**

## ORDER

The reporter's record in this case was due **June 4, 2012**.  *See* Tex. R. App. P. 35.1. On June 11, 2012, this court granted the court reporters request for extension of time to file the record until **July 5, 2012**.  To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order **Tammy Adams**, the official court reporter, to file the record in this appeal **on or before August 10, 2012.  No further extension will be entertained absent**

**exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Tammy Adams** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM